JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEPAR PLASTIK SAN. VE TIC. LTD. STI, a Turkish limited company,<br><br>Plaintiff,<br><br>v.<br><br>EDRIS PLASTICS MFG., INC.,<br><br>Defendant. | No. 2:23-cv-08721-MWF-JC<br><br>**JUDGMENT AFTER TRIAL** |

On February 25, 2025, this matter came before the Court for a one-day bench trial in Courtroom 5A of this United States District Court.  Plaintiff was represented by Katherine M. Kuhn, Esq., Gokalp Bayramoglu, Esq., and Emily Heim, Esq. Defendant was represented by David L. Prince, Esq.

Following the trial, the Court entered its Findings of Fact and Conclusions of Law.  Now, therefore, pursuant to Federal Rules of Civil Procedure 54 and 58(b), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Following determinations of contractual damages as to both parties, judgment is entered in favor Plaintiff Separ Plastik San. Ve Tic. Ltd. STI ("Separ"), and against Defendant Edris Plastics Mfg., Inc. ("Edris"), in the amount of **$18,963.60.**

2. On Plaintiff's Second through Fifth Claims, judgment is entered in favor of Defendant Edris and Plaintiff Separ shall take nothing.

3. Each Party shall bear its own costs.

DATED: August 7, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

2